UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RACHEL WILLARD, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00233 |
| | § | |
| FRIENDSWOOD ISD, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On September 3, 2019, Friendswood Independent School District's motion for summary judgment (Dkt. 29) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1). Dkt. 34. On December 12, 2019, Judge Edison filed a memorandum and recommendation (Dkt. 39) recommending that the court grant Friendswood Independent School District's motion for summary judgment (Dkt. 29).

The plaintiff, Rachel Willard, filed a response and objections to the memorandum and recommendation (Dkt. 42). In accordance with 28 U.S.C. § 636(b)(1), the court must "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections, the memorandum and recommendation, the pleadings, the record, and the applicable law. The court accepts Judge Edison's recommendations (Dkt. 39) and adopts them as the opinion of the court. Accordingly, the court grants Friendswood Independent School District's motion for summary judgment (Dkt. 29).

Signed on Galveston Island on the 23rd day of March, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE