United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RACHEL WILLARD, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:18–CV–00233 |
| FRIENDSWOOD ISD, | § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

Pursuant to the court's order adopting the Magistrate Judge's memorandum and recommendation, it is **ORDERED** that this matter is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk will provide copies of this judgment to the parties.

Signed on Galveston Island on the 23rd day of March, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE